JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRICK DERAY MCFADDEN MINOR SR., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE POST OFFICE, 3890 ORANGE ST., CA, 92501-9998, <br><br> Defendant. | Case No. ED CV 13-2093 FMO (DTBx) <br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge